In re: Milivoj MARINKOVIC, Debtor,

Mel M. Marin, Appellant,

v.

Midland Loan Services, Appellee.

Mel M. Marin, Plaintiff,

v.

Midland Loan Services, Defendant–
Appellee,

Milivoj Marinkovic, Debtor–Appellant.

Nos. 03–17080, 03–17243.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 13, 2007.

Mel M. Marin, San Diego, CA, pro se.

Robert M. Charles, Jr., Esq., Lewis &
Roca, Tucson, AZ, for Appellee.

Before: LEAVY, RYMER, and T.G.
NELSON, Circuit Judges.

MEMORANDUM **

Mel M. Marin appeals pro se from the
district court's order denying for lack of
jurisdiction his motion to transfer to the
district court an appeal pending before the
Bankruptcy Appellate Panel ("BAP"), and
its order denying his motion to set aside

the judgment. We have jurisdiction under
28 U.S.C. § 1291. We review de novo the
district court's legal conclusions, *Blair v.
IRS,* 304 F.3d 861, 864 (9th Cir.2002), and
review for abuse of discretion the denial of
a motion to vacate judgment, *Casey v.
Albertson's Inc.,* 362 F.3d 1254, 1257 (9th
Cir.2004). We affirm.

The district court properly denied Ma-
rin's motion to transfer, because Marin
failed to offer any appropriate reason why
the district court had jurisdiction over his
action that was pending before the BAP.

The district court did not abuse its dis-
cretion in denying Marin's motion to set
aside judgment. *See* Fed.R.Civ.P. 60(b)
(listing grounds for setting aside judg-
ment).

Marin's remaining contentions are un-
persuasive.

Appellees' requests for damages and
costs are denied.

Marin's motion to take judicial notice is
denied.

**AFFIRMED.**

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.